UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**CASE NO.: 09-CIV-8453**
**Date Filed: 00/00/0000**

AFFIDAVIT OF SERVICE

**IGI Holding Corporation**

Plaintiff/Petitioner,

vs.

**Michael W. Roughton**

Defendant/Respondent.

______________________________/

STATE OF NEW JERSEY
COUNTY OF SOMERSET ss.

I, **Staci Garfunkel**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **10/05/2009** at **07:55 PM**, I served the within **Summons In A Civil Action, Complaint, Individual Practices of Magistrate Judge Maas, Individual Rules and Procedures of Judge Shira A. Scheindlin, and Electronic Case Filing Rules and Instructions.** on **Michael W. Roughton** at **136 East Chestnut Ave , Metuchen, NJ 08840** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
**Sex: Male - Age: 53 - Skin: White - Hair: Gray - Height: 5'9 - Weight: 200**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this 7 day of October, 2009 by an affiant who is personally known to me or produced identification.

______________________________
NOTARY PUBLIC

MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

X ______________________________
Staci Garfunkel - Lic#:
Attorney's Service Bureau of Texas
900 Jackson Street, Suite 750
Dallas, TX 75202
214-522-5297

Atty File#: - Our File# **19499**

JUDGE SCHEINDLIN

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| IGI HOLDING CORPORATION<br>*Plaintiff*<br>v.<br>MICHAEL W. ROUGHTON<br>*Defendant* | ) | Civil Action No. 09 CIV 8453 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael W. Roughton
136 East Chestnut Avenue
Metuchen, New Jersey 08840

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard O. Godnick
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
*CLERK OF COURT*

Date: OCT 0 5 2009

*Signature of Clerk or Deputy Clerk*