**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IGI HOLDING CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL W. ROUGHTON,<br><br>Defendant. | Civil Action No.: 09-CIV-8453 (SAS/FM)<br><br>ECF Case |
| MICHAEL W. ROUGHTON,<br><br>Counterclaimant,<br><br>-against-<br><br>POUSCHINE COOK CAPITAL MANAGEMENT, LLC, POUSCHINE COOK CAPITAL PARTNERS II, LP, IGI HOLDING CORP., INTERNATIONAL GRAPHICS, INC., JOHN L. POUSCHINE, DANIEL B. BALZORA, ALLEN COHEN, KEVIN MORAN AND STEPHEN LOVASS,<br><br>Counterclaim Defendants. | **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Howard O. Godnick, sworn to on February 8, 2010, and the accompanying Memorandum of Law in Support of Plaintiff's and Counterclaim Defendants' Motion for Judgment on the Pleadings, and upon all prior pleadings and proceedings had herein, the undersigned counsel for Plaintiff and Counterclaim Defendants will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for judgment on the pleadings under Rules 12(c) and 9(b) of the Federal Rules of Civil Procedure,

both with respect to Plaintiff's sole Cause of Action and on the Counterclaims alleged by Michael W. Roughton.

Dated: New York, New York
February 8, 2010

SCHULTE ROTH & ZABEL LLP

By: /s/ Howard O. Godnick
Howard O. Godnick
Christopher H. Giampapa
Jackson S. Davis*

919 Third Avenue
New York, New York 10022
(212) 756-2000 (phone)
(212) 593-5955 (fax)
howard.godnick@srz.com
christopher.giampapa@srz.com
jackson.davis@srz.com*

*Attorneys for Plaintiff and Counterclaim Defendants*

* Not admitted in the Southern District of New York